# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      MAGISTRATE JUDGES' DOCKET
                            NO. 2003M0466RBC
                            (D. Mass.)

                            CRIMINAL NO. 03-503
                            (D.D.C.)

WILLIAM KOVACS.

## *ORDER OF REMOVAL*

COLLINGS, U.S.M.J.

    After a hearing at which the defendant was represented by counsel, the defendant waived his right to an identity hearing.

    Accordingly, it is ORDERED that the defendant, WILLIAM KOVACS, be, and he hereby is, REMOVED to the United States District Court for the District of Columbia. WILLIAM KOVACS is ORDERED to appear at the Pre-Trial Services Office of the United States District Court for the District of

Columbia *at 9:00 A.M. on TUESDAY, DECEMBER 2, 2003.*

Bail is returnable in the United States District Court for the District of Columbia.

A copy of the within Order shall be mailed to the defendant by certified mail, return receipt requested. Copies shall be mailed by regular mail to AUSA Levy and Attorney Lynch.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 18, 2003