

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

GINA P. AFFSA, ESQ.
DEPUTY CLERK TO THE
HONORABLE ROBERT B. COLLINGS, MJ
Direct: 617-748-9233

November 20, 2003

United States District Court for the District of Columbia
Attn: Angela Caesar-Mobley, Operations Manager
E. Barrett Prettyman Building
333 Constitution Ave., N.W.
Washington, D. C. 20001

Re:  *United States v. William Kovacs*
     Your Case No. 03-503 RJL
     <u>Magistrate Judge #03-M-0466 RBC (D. Massachusetts)</u>

Dear Sir/Madam:

    The defendant, William Kovacs was ordered removed on November 18, 2003. The Order of Removal has issued directing the defendant to appear in your Court on December 2, 2003 at 9:00 am at the pretrial services office.

    Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

    We have closed our file; thank you for your attention in this matter.

                                    Very truly yours,

                                    Gina P. Affsa, Esq.
                                    Deputy Clerk

Enclosures
Certified Mail/ Return Receipt Requested 7000 1670 0008 9521 3744